AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JOHN HAHN, Individually and on
Behalf of All Others Similarly Situated,
    Plaintiff

    v.                      CASE NUMBER: 20-C-1183

UNITED COLLECTION BUREAU, INC.,
    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of subject-matter jurisdiction.

| 1/25/21 | Gina M. Colletti |
|---|---|
| Date | Clerk |
| | s/ J. Dreckmann |
| | (By) Deputy Clerk |